IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY, E22575, | |
| Plaintiff(s), | No. C 16-5998 CRB (PR) |
| vs. | ORDER OF TRANSFER |
| JENNIFER SHAFFER, et al., | |
| Defendant(s). | |

Plaintiff, a prisoner at California State Prison, Solano, has filed a pro se complaint under 42 U.S.C. § 1983.  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Solano and/or Sacramento, which lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:   10/21/2016

CHARLES R. BREYER
United States District Judge

N:\October 2016\CRB\Gay, O.16-5990.transfer.wpd